GEORGE SYKULSKI, A PROF. LAW CORP.
George Sykulski, CSB #041133
georgesykulski@roadrunner.com
Loraine Todd, CSB #128049
sykulski_todd@yahoo.com
Dana Sykulski, CSB #228210
dsykulski@yahoo.com
16027 Ventura Blvd., Suite 503
Encino, CA 91436
Telephone: (818) 783-8500
Facsimile:  (818) 783-2918

Attorneys for Use Plaintiff, FERGUSON ENTERPRISES, INC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, for the use of FERGUSON ENTERPRISES, INC., <br><br> Plaintiff, <br> vs. <br><br> COOPER CHASE CONSTRUCTION, a corporation; SURETEC INSURANCE COMPANY, a corporation, <br><br> Defendants. | CASE NO.: 11CV-05259 PSG <br><br> **ORDER GRANTING USE PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Date: December 13, 2011 <br> Time: 2:00 PM <br> Dept: 5 |

Use Plaintiff's request to appear telephonically at the December 13, 2011 Initial Case Management Conference is hereby granted.

12/12/2011                                    _Paul S. Grewal_
Date                                          The Honorable Paul S Grewal,
                                              Magistrate Judge

1

ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE